UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MOHAMMED GUEYE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-02013-MHH-JEO |
| ) | |
| JEFFERSON B. SESSIONS, III, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

When petitioner Mohammed Gueye filed his 28 U.S.C. § 2241 petition in this matter, he was in the custody of Immigration and Customs Enforcement (ICE) officials at the Etowah County Detention Center, and he challenged his continued detention. (Doc. 1).

On June 8, 2018, the respondents asked the Court to dismiss this action as moot because Mr. Gueye was removed from the United States on April 17, 2018. (Doc. 17; Doc. 17-1). A district court must dismiss a case as moot if the court no longer can provide "meaningful relief." *Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) (citations omitted).

In his petition, Mr. Gueye asks the Court to order his release from ICE custody. Because the record demonstrates that Mr. Gueye no longer is in ICE

custody, the Court cannot provide meaningful relief, and Mr. Gueye's petition is moot. Accordingly, the Court will grant the respondents' motion to dismiss.

The Court will enter a separate final order.

**DONE** and **ORDERED** this June 14, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE